IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY C. THOMPSON,

        Plaintiff,                     No. CIV S-06-0504 LKK PAN (JFM) PS

    vs.

JAMES A. BLALOCK, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On May 4, 2006, plaintiff filed a motion for default judgment which purported to set the matter for hearing on May 25, 2006. However, pursuant to Local Rule 78-230, plaintiff must provide defendants with thirty-one days' notice prior to the motion. Plaintiff served his motion by mail on May 2, 2006. In order to have the motion heard on the May 25 calendar, however, plaintiff would have had to serve the motion no later than April 24, 2006. Moreover, defendants filed a motion to dismiss on April 19, 2006. Fed. R. Civ. P. 12(b). Defendants' motion to dismiss extended defendants' time to file a responsive pleading until ten days after notice of the court's ruling on the motion. Fed. R. Civ. P. 12(a)(4)(A). Thus, plaintiff's motion for default is premature and will be denied without prejudice. The May 25, 2006 hearing date will also be vacated.

/////

1  Accordingly, IT IS HEREBY ORDERED that:

2  1.  Plaintiff's May 4, 2006 motion for default judgment is denied without
3  prejudice.

4  2.  The May 25, 2006 hearing on plaintiff's motion for default judgment is
5  vacated.

6  DATED: May 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; thompson.def