IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY C. THOMPSON,<br><br>      Plaintiff,<br><br>vs.<br><br>JAMES A. BLALOCK, SHASTA COUNTY DEPT. OF RESOURCE MANAGEMENT BUILDING DIVISION,<br><br>      Defendants.<br>_____/ | No. CIV S-06-0504 LKK PAN (GGH) PS<br><br>ORDER |

The hearing on defendants' motion to dismiss, presently scheduled for May 25, 2006 before Magistrate Judge John F. Moulds, is hereby vacated and rescheduled as set forth below, pursuant to the pending reassignment of this case to the undersigned magistrate judge. Accordingly, defendant's motion to dismiss filed April 19, 2006, is hereby rescheduled for hearing before the undersigned on Thursday, May 25, 2006 at 10:00 a.m., in Courtroom #24.

DATED: 5/19/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

NOW: 06:BLALOCK.reschedule.wpd