IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY C. THOMPSON,

    Plaintiff,　　　　　　　　　　　　No. CIV S-06-0504 LKK  PAN (GGH) PS

    vs.

JAMES A. BLALOCK,
SHASTA COUNTY/ DEPT. of　　　　　　ORDER
RESOURCE MANAGEMENT
BUILDING DIVISION,

    Defendants.
_____/

    Defendants move to dismiss plaintiff's complaint pursuant to Fed. R. Civ. P. 12(b)(6) on the ground it fails to state a claim for which relief may be granted. This action was referred to the undersigned pursuant to E.D. Cal. L.R. 72-302(c)(21).

    Defendants' motion was heard on May 25, 2006. Plaintiff appeared and represented himself; defendants were represented by Monique Dawn Grandaw.

    For the reasons stated on the record, defendants' motion filed April 19, 2006, is granted and plaintiff is granted leave to file an amended complaint within thirty (30) days of

\\\\\

1

1 | service of this order.  Defendants shall have twenty (20) days after service of the amended
2 | complaint to file their answer or other response.
3 |         So ordered.
4 | DATED: 5/26/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

7 | NOW6:THOMPSON.LTA