IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROY C. THOMPSON,

        Plaintiff,                    No. CIV-S-06-0504 LKK EFB PS

        vs.

SHASTA COUNTY/DEPT. of
RESOURCE MANAGEMENT        ORDER
BUILDING DIVISION, et al.,

        Defendants.
_____/

        On January 17, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on January 29, 2007, defendants filed a reply to plaintiff's objections on February 5, 2007. All such filings were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law. See Orand v.

1

1 United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2 reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
3 1983).
4    The court has reviewed the applicable legal standards and, good cause appearing,
5 concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
6 Accordingly, IT IS ORDERED that:
7    1. The proposed Findings and Recommendations filed January 17, 2007, are
8 ADOPTED;
9    2. Defendants' motion to strike the "Memorandum of Points and Authorities in
10 Support of Claim for Damages First Amended" is denied;
11    3. Defendants' motion to dismiss is granted without leave to amend; and
12    4. The Clerk is directed to close the case.
13 DATED: March 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT